IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CANNON,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ROUTE 13 OUTLET MARKET, L.P.,<br>a Delaware Limited Partnership,<br><br>    Defendant. | Case No.: 1:24-cv-00272-RGA |

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant file this Notice of Settlement to advise the Court that the parties have reached an agreement regarding all material issues in this case. The parties are currently in the process of finalizing their agreement and obtaining their respective client's signatures. The parties additionally request that all upcoming deadlines be adjourned while they finalize their settlement.

May 8, 2024

Respectfully Submitted,

  */s/ David T. Crumplar*
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
10 Corporate Circle, Suite 301
New Castle, DE 19720
Tel: (302) 656-5445
Davy@jcdelaw.com

-and-

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029

Respectfully Submitted,

  */s/ David Roeberg*
David Roeberg, Esq.
I.D. No. 213
Roeberg, Moore & Friedman, P.A.
62 Rockford Road, Suite 300
Wilmington, Delaware 19806
(302) 658-8700

*Attorney for Defendant*

1

305-891-1322
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system with a copy electronically delivered through CM/ECF to the following attorneys of record:

David Roeberg, Esq.
Roeberg, Moore & Friedman, P.A.
62 Rockford Road, Suite 300
Wilmington, Delaware 19806

                                                 */s/ David T. Crumplar*
                                                 David T. Crumplar, Esq.