# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL CANNON,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ROUTE 13 OUTLET MARKET, L.P.,<br>a Delaware Limited Partnership,<br><br>    Defendant. | Case No.: 1:24-cv-00272-RGA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as to all claims, with each party to bear its respective fees and costs.

Dated: May 23, 2024

Respectfully submitted,

  /s/ David T. Crumplar
David T. Crumplar (#5876)
Jacobs & Crumplar, P.A.
750 Shipyard Drive, Ste 200
Wilmington, DE 19801
Tel: (302) 656-5445
Davy@jcdelaw.com

-and-

Ku & Mussman, P.A.
18501 Pines Blvd, Suite 209-A
Pembroke Pines, FL 33029
305-891-1322
*Attorneys for Plaintiff*

Respectfully submitted,

  /s/ David Roeberg
David Roeberg, Esq.
I.D. No. 213
Roeberg, Moore & Friedman, P.A.
62 Rockford Road, Suite 300
Wilmington, Delaware 19806
(302) 658-8700

*Attorney for Defendant*

SO ORDERED this 23rd day of May, 2024

/s/ Richard G. Andrews
United States District Judge